**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAMSON LIFT TECHNOLOGIES, LLC, | : | |
| Plaintiff | : | Civ. No. 09-1590 |
| | : | |
| v. | : | |
| | : | |
| JERR-DAN, CORP. & OSHKOSH, CORP., | : | J. RAMBO |
| Defendants | : | |

## O R D E R

**AND NOW**, **IT IS HEREBY ORDERED**, Plaintiff's request for a stay of the deposition of Max Rutenberg is **DENIED**. The deposition remains scheduled for October 20, 2010.

                                               s/Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge

Dated: October 20, 2010.